DANIEL G. BOGDEN
United States Attorney
District of Nevada
MARK E. WOOLF
Assistant United States Attorney
U.S. Attorney's Office
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: *mark.woolf@usdoj.gov*
Attorneys for the United States.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:01-cr-00427-LRH-PAL |
| Plaintiff, ) | |
| ) | **UNOPPOSED MOTION TO VACATE** |
| v. ) | **JUDGMENT DEBTOR EXAMINATION** |
| ) | |
| PETER BERNEY, ) | |
| Defendant. ) | |

**UNOPPOSED MOTION TO VACATE JUDGMENT DEBTOR EXAMINATION**

The United States of America, by and through Daniel G. Bogden, United States Attorney, and Mark E. Woolf, Assistant United States Attorney, hereby moves for an order vacating the Judgment Debtor Examination currently scheduled for January 12, 2016. The parties have conferred and agreed that the scheduled examination need not go forward at this time. Defendant does not oppose this motion.

Dated this 7th day of January 2016.

DANIEL G. BOGDEN
United States Attorney

 */s/ Mark E. Woolf*
MARK E. WOOLF
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:01-cr-00427-LRH-PAL |
| Plaintiff, | **ORDER** |
| v. | |
| PETER BERNEY, | |
| Defendant. | |

This matter came before the Court on the United States' Unopposed Motion to Vacate Judgment Debtor Examination, filed January 7, 2016. The Court has reviewed the motion and finds good cause for the requested relief. Accordingly,

**IT IS HEREBY ORDERED** that the United States' Unopposed Motion to Vacate Judgment Debtor Examination is **GRANTED**, and the Judgment Debtor Examination scheduled for January 12, 2016 in this matter is **VACATED**.

DATED this 8th day of January 2016.

Peggy A. Leen
United States Magistrate Judge

SUBMITTED BY:

DANIEL G. BOGDEN
United States Attorney

*/s/ Mark E. Woolf*
MARK E. WOOLF
Assistant United States Attorney

2